IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARCOS MORALES,**            **CASE NO. 2:07-cv-1274**
                                         **JUDGE GRAHAM**
       **Petitioner,**             **MAGISTRATE JUDGE KING**

**v.**

**WARDEN, NOBLE CORRECTIONAL
     INSTITUTION,**

       **Respondent.**

### OPINION AND ORDER

On September 22, 2008, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d).  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

       **IT IS SO ORDERED**.

                                                 S/James L. Graham
                                                 JAMES L. GRAHAM
Date: October 9, 2008                     United States District Judge